## United States District Bankruptcy Court
## For the Northern District of California- Oakland Division

IN RE:
**CRYSTAL LYNN PORTER**,
                  Debtor.

Case Number: 17-42255
Chapter 13

**NOTICE OF APPEAL**

**CRYSTAL LYNN PORTER**, appeals to the district court pursuant to Fed. Rules of Civil Proc., Rule 8002, and 28 U.S.C. § 158(c)(1)(A) from the Bench Order of the bankruptcy court, the Honorable William J. Lafferty, III, entered in this bankruptcy proceeding on June 27, 2018, denying the Motion for Reconsideration [See Dkt. No. 117] of its ruling on May 17, 2018 overruling Debtor's Objection and allowing the claims numbers 3, 4, and 5 of LVNV Funding, LLC its successor and assigns as assignee of Capital One Bank (USA), N.A.  The names of all parties to the order appealed from and the names, addresses, telephone numbers of their attorneys are as follows:

| | |
|---|---|
| LVNV Funding, LLC its successor and assigns as assignee of Capital One Bank (USA), N.A. <br> C/O Resurgent Capital Services <br> P.O. Box 10587 <br> Greenville, SC 29603-0587 <br> Phone:  877.264.5884 <br> Email:  askbk@resurgent.com <br> Claimant's Attorney:  Unknown | Crystal Lynn Porter <br> C/O Selwyn D. Whitehead, Esq. <br> Law Offices of Selwyn D. Whitehead <br> 4650 Scotia Avenue, Oakland, California 94605 <br> Phone:  510.632.7444 <br> Fax:  510.856.5180 <br> Email:  selwynwhitehead@yahoo.com |

Dated:  July 11, 2018    **LAW OFFICES OF SELWYN D. WHITEHEAD**

                                      By: /s/ ***Selwyn D. Whitehead, Esq.***
                                      SELWYN D. WHITEHEAD, ESQ.
                                      Attorney for Debtor, CRYSTAL LYNN PORTER

Selwyn D. Whitehead, Esq., SBN 236391
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444
Fax: 510.856.5180
selwynwhitehead@yahoo.com

Attorney for Debtor
CRYSTAL LYNN PORTER

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

CRYSTAL LYNN PORTER,
    Debtor

Case No.: 17-142255
Chapter 13

**CERTIFICATE OF SERVICE RE: NOTICE OF APPEAL**

**[28 U.S.C. §§ 158(c)(1)(A); FRBP, 8002]**

*Assigned to:* The Hon. William J. Lafferty, III, Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead, the undersigned, certify that:
    I am over the age of 18 years and not a party to this action. I am employed by the Law Offices of Selwyn D. Whitehead whose business address is 4650 Scotia Avenue, Oakland, CA 94650. On the date set forth below, I served a copy of

## NOTICE OF APPEAL

on the persons listed below by following our ordinary business practices.

***SERVICE BY FIRST CLASS U.S. MAIL:***
***Debtor***
Crystal Lynn Porter
73 Graeagle Ct.
Oakland, CA 94605
[Also served by personal email]

-1-
CERTIFICATE OF SERVICE RE: NOTICE OF APPEAL
PORTER; CASE NO.: 17-42255

***Creditor's Agent for Notice on POC***
LVNV Funding LLC
C/O Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

***Creditor's Agent for Service of Process***:
LVNV Funding, LLC
C/O James A McKinney Jr.
1057 E Imperial HWY
Placentia, CA 92870

**SERVICE VIA THE COURT'S ECF SYSTEM:**
Martha G. Bronitsky
13trustee@oak13.com

Keith E. Herron on behalf of Creditor Balboa Thrift & Loan
keith@herronandassociates.com

Armin M. Kolenovic on behalf of Creditor Wells Fargo Bank N.A., FKA Wachovia Bank N. A.
ecfcanb@aldridgepite.com, akolenovic@ecf.inforuptcy.com

Jordan M. O'Brien on behalf of Creditor Sequoyah Heights HOA
jobrien@angius-terry.com, alaguna@angius-terry.com

Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Dean R. Prober on behalf of Creditor Wells Fargo Bank, N.A., et al, its assignees and/or successors in interest ecfnca@ecf.courtdrive.com

Diana Torres-Brito on behalf of Creditor Wells Fargo Bank N.A., FKA Wachovia Bank N.A.
ecfnca@ecf.courtdrive.com, dtorres-brito@pralc.com

Selwyn D. Whitehead on behalf of Debtor Crystal Lynn Porter
selwynwhitehead@yahoo.com

    I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first-class mail and/or electronic service via the party's business or personal email or via the Court's ECF System, as indicated.
    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of July 2018 at Oakland, Alameda County, California.

/s/ Selwyn D. Whitehead, Esq.
SELWYN D. WHITEHEAD, ESQ

-2-

CERTIFICATE OF SERVICE RE: NOTICE OF APPEAL
PORTER/CASE NO. 17-42255

LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444